UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA            :     **SEALED ORDER**

    - v. -                                          :     20 Cr.     (MKV)

CONSTANTIN OVIDIU TITA,              :     **20 CRIM 428**

                Defendant.     :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

        WHEREAS, an application has been made by the United States of America, with the defendant's consent, for the sealing of the transcript of the above-captioned defendant's guilty plea proceeding, the Information, and the plea agreement; and the temporary delay of any docket entries in the above-captioned case;

        WHEREAS, the Court finds that the safety of the defendant and others may be placed at risk and active law enforcement investigations may be compromised if the Government's application is not granted;

        IT IS HEREBY ORDERED that the transcript of the defendant's guilty plea proceeding, the Information to which the defendant is pleading guilty, the plea agreement between the defendant and the Government, this Order, and the Government's application for this Order, shall be sealed; and

        IT IS FURTHER ORDERED that no docket entries shall be made in the above-captioned matter until further Order by this Court; and

        IT IS FURTHER ORDERED that counsel for the defendant and the Government may be provided a copy of the transcript of the proceedings without further Order of the Court; and

IT IS FINALLY ORDERED that the Government shall report to the Court on or before six months after execution of this Order regarding the continuing need, if any, to maintain these matters under seal.

SO ORDERED:

Dated:   New York, New York
         August 12, 2020

*Mary Kay Vyskocil*
THE HONORABLE MARY KAY VYSKOCIL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK