UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| -against- | 1:20-cr-    -MKV |
| CONSTANTIN OVIDIU TITA, | ORDER |
| Defendant. | 20 CRIM 428 |

MARY KAY VYSKOCIL, United States District Judge:

The Court held a plea hearing by videoconference on August 20, 2020, at 12:30 PM. Counsel for all parties were in attendance. Prior to the hearing, the Court received an application by the Government to which Defendant consented that the hearing and all filings and docket entries in this case be sealed, and by separate Order, the Court granted that application. The Court also received from Defendant a written Waiver of Right To Be Present at Criminal Proceeding and a Waiver of Indictment, each of which the Court accepted. At the outset of the hearing, Defendant consented to proceed by videoconference. Defendant also confirmed his waiver of indictment, agreed to be prosecuted by Information, and entered a plea of guilty to a five-count sealed Information pursuant to a cooperation agreement. The Court accepted Defendant's plea to each Count. The Government requested that the Court hold sentencing in abeyance pending Defendant's proactive cooperation and that Defendant remain free on his own recognizance, subject to conditions to be set at a future hearing. Defendant consented to these requests.

In order to facilitate Defendant's cooperation with the Government and as noted on the record at the conference, it is hereby ORDERED that the Government will submit to the Court periodic status updates on Defendant's cooperation, the first of which shall be submitted on or before **February 20, 2021,** with subsequent updates to follow every three months thereafter.

It is FURTHER ORDERED that the Parties, after conferring with each other, will contact the Court to schedule a hearing regarding conditions of Defendant's release.

**SO ORDERED.**

Date: August 20, 2020
New York, NY

_____
MARY KAY VYSKOCIL
United States District Judge