UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                 Plaintiff,

    -against-

CONSTANTIN OVIDIU TITA,

                 Defendant.

1:20-cr-428-MKV

SCHEDULING ORDER

---

MARY KAY VYSKOCIL, United States District Judge:

The Court has received a letter from the Government on behalf of both Parties dated August 31, 2020, requesting that a hearing regarding conditions of Defendant's release be scheduled. It is hereby ORDERED that the hearing requested will be held September 11, 2020, at 11:30AM by videoconference. Login information is as follows:

> **Friday, September 11, 2020**
> 11:30-12:30 (UTC-05:00) Eastern Time (US & Canada)
> Copy the meeting details to the invitation you send to participants.
>
> **Join Skype Meeting**
> https://meet.lync.com/fedcourts-nysd/roseanne_dempsey/MFVXJIRF
>
> **Join by phone**
> +19179332166
> Find a local number
> Conference ID: 94566124

The Parties shall submit any materials in connection with this hearing on or before September 4, 2020. The above referenced letter, this Order, and the transcript of the hearing will be kept under seal.

**SO ORDERED.**

Date: **August 31, 2020**
       **New York, NY**

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**