UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

          Plaintiff,

-against-

CONSTANTIN OVIDIU TITA,

          Defendant.

1:20-cr-428-MKV

SEALED ORDER

---

MARY KAY VYSKOCIL, United States District Judge:

    IT IS THE ORDER OF THE COURT THAT the defendant's conditions of release are modified to include that the defendant be placed on Pretrial Services supervision as directed with standalone GPS monitoring until his surrender date.

**SO ORDERED.**

Dated: October 28, 2021
       New York, New York

_Mary Kay Vyskocil_
Mary Kay Vyskocil
United States District Judge