UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                            :

UNITED STATES OF AMERICA             :

                                :

                 - v. -                   :

                                :

CONSTANTIN OVIDIU TITA,          :

                                :

              Defendant.        :

                                :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

**SEALED ORDER**

20 Cr. 428 (MKV)

WHEREAS on August 20, 2020, the defendant entered a plea of guilty to Counts One through Five of the above-captioned Information; and

WHEREAS on August 20, 2020, the defendant entered into a written agreement with the Government in which he expressly consented to the revocation of his bail upon the Government's determination that such revocation is appropriate; and

WHEREAS, the Government has advised that it has determined that revocation of the defendant's bail is appropriate and has requested that the defendant's bail be revoked and that he be required to surrender to the United States Marshals Service in the Southern District of New York on or before January 7, 2022, at 12:00 p.m.

IT IS HEREBY ORDERED THAT:

Notwithstanding the Government's request, the defendant must surrender to the United States Marshals Service in the Southern District of New York on or before January 14, 2022, at 12:00 p.m.

SO ORDERED:

Dated:  New York, New York
           __October 28___, 2021

_Mary Kay Vyskocil_____
THE HONORABLE MARY KAY VYSKOCIL
UNITED STATES DISTRICT JUDGE