UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

           Plaintiff,

    -against-

CONSTANTIN OVIDIU TITA,

           Defendant.

1:20-cr-428-MKV

SEALED ORDER

---

MARY KAY VYSKOCIL, United States District Judge:

    The Court has previously directed the Government to submit status reports every three months on this matter pursuant to Orders dated August 12, 2020 and February 19, 2021. The next status report is due on or before November 19, 2021. On October 22, 2021, the Government submitted a request for the Court to enter an order requiring Defendant to surrender to the U.S. Marshals Service on or before January 7, 2022 and to modify the conditions of Defendants release in the interim. On October 28, 2021, the Court entered an order under seal directing Defendant to surrender to the U.S. Marshals Service on or before January 14, 2022 and modifying Defendant's conditions of release in the interim. As such, the Government need not submit a status report on November 19, 2021.

    IT IS HEREBY ORDERED that the Government shall submit a further status report on or before January 17, 2022 and every three months thereafter.

**SO ORDERED.**

**Dated: November 9, 2021**
       **New York, New York**

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge