UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/11/2022
```

UNITED STATES OF AMERICA,

                Plaintiff,

-against-

CONSTANTIN OVIDIU TITA,

                Defendant.

1:20-cr-428-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    The application submitted by Defendant on October 28, 2022, and filed under seal at ECF No. 37, is DENIED. IT IS FURTHER ORDERED that Defendant file a public version of his October 28, 2022 application with narrowly tailored redactions and sealing requests.

    The parties are FURTHER ORDERED to submit a status report on or before November 29, 2022, and every three months thereafter, as directed by this Court's Order at ECF No. 36.

**SO ORDERED.**

Dated: **November 11, 2022**
       **New York, New York**

*Mary Kay Vyskocil*
**Mary Kay Vyskocil**
**United States District Judge**