UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 20-Cr-428 (SHS) |
| -against- | : | |
| CONSTANTIN OVIDIU TITA, | : | **ORDER** |
| Defendant. | : | |

---------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

The defendant [USMS # 08848-509] having been sentenced today to time served, followed by supervised release for three years,

IT IS HEREBY ORDERED that the U.S. Marshal shall release the defendant unless any pending warrants, detainers, or other issues are encountered.

Dated: New York, New York
January 4, 2024

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.